AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Ohio

| | |
|---|---|
| **SEAN MCINTYRE,,** _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    2:22-cv-679 |
| | ) |
| **ANDREW LOVE,** *et al.,* _____ | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

_____ .

☒ other:     Pursuant the Opinion Order filed 9/13/2023 Judgment is entered in favor of Defendants.  This case is closed.
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

_____ .

Date:    9/13/2023

CLERK OF COURT

*Christin M. Wen*

*Signature of Clerk or Deputy Clerk*